IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00336-MSK-CBS

TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation,

    Plaintiff,

v.

ERIK A. EVANS,
CRAIG N. EVANS, and
DORIS HILDRETH,

    Defendants.

_____

**ORDER SETTING HEARING**
_____

    **THIS MATTER** comes before the Court *sua sponte*.

    Upon review of the Complaint, it appears that some or all of that facts at issue in this case may be undisputed, and that resolution of some or all of the issues may require only interpretation of a contract and application of the terms of that contract to what may be undisputed facts. Accordingly, pursuant to Fed. R. Civ. P. 16(a)(1)-(5), the Court will conduct a hearing on **Friday, June 22, 2007** at **8:30 a.m.**, for the purpose of addressing whether resolution of some or all of the issues in this case can be achieved more expeditiously than through the typical litigation process.

    Dated this 6th day of June, 2007

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge