# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-00336-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: June 23, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| NATIONAL FIRE INSURANCE COMPANY OF, HARTFORD, | Cathleen Hopfe Heintz, via telephone |
| **Plaintiff,** | |
| v. | |
| ERIK A. EVANS, *et al.*, | Mark W. Williams, via telephone |
| | Daniel G. Kay, via telephone |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in Session:** 9:27 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** Defendants Erik A. Evans and Craig N. Evans' Unopposed Motion to Amend Scheduling Order [filed June 6, 2008; doc. 35] is granted in part and denied in part for the reasons stated on the record. The discovery cutoff is extended to September 30, 2008. All written discovery shall be served by August 27, 2008. Expert witness disclosures shall be made September 1, 2008, and rebuttal expert witness disclosures shall be made September 22, 2008. The dispositive motion deadline shall remain September 30 , 2008.

HEARING CONCLUDED.

**Court in recess:** 9:35 a.m.
Total time in court: 00:08