## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

**Civil Action No.:** 07-cv-00336-MSK-CBS  **FTR** - Reporter Deck - Courtroom A402
**Date:** August 25, 2008  **Courtroom Deputy:** Valeri P. Barnes

NATIONAL FIRE INSURANCE  Cathleen Heintz
COMPANY OF HARTFORD,

    **Plaintiff,**

    v.

ERIK A. EVANS,  Stuart Kay
CRAIG N. EVANS, and  Marc Levy
DONNA MITCHELL,as Guardian for  Dan Kay
DORIS HILDRETH,
September 30, 2008
    **Defendants.**

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**

**4:03 p.m.**    Court in session.

**ORDERED:** Defendant Mitchell's Request for Ruling on Location of Deposition of Tami Harwood, Employee/Agent for the Plaintiff, National Fire Insurance Company of Hartford **(46)** is **granted** as follows:
    1)    The deposition of Tami Harwood shall take place in Denver, CO.
    2)    The deposition shall be completed by September 30, 2008.
    3)    The costs will be borne by National Fire.
    4)    National Fire's rights are reserved to raise the issue of said costs at some future date.

**4:19 p.m.**    Court in recess/hearing concluded.

Total time in court: 00:16