# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-00336-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: September 22, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| NATIONAL FIRE INSURANCE COMPANY OF, HARTFORD, | Cathleen Hopfe Heintz<br>Kevin E. O'Brien |
|     **Plaintiff,** | |
| v. | |
| ERIK A. EVANS, *et al.,* | Stuart D. Morse, via telephone<br>Daniel G. Kay |
|     **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: DISCOVERY CONFERENCE**
**Court in Session:** 8:52 a.m.
Court calls case. Appearances of counsel.

Counsel discuss with the court the Motion to Bifurcate and Stay Evans' Counterclaims Pending Resolution of Declaratory Judgment Claim [filed September 19, 2008; doc. 58].

The court discusses Plaintiff's Motion for Protective Order Re: Mitchell's Fed. R. Civ. P. 30(b)(6) Deposition [filed September 19, 2008; doc. 57] and Plaintiff's Motion for Protective Order Re: Mitchell's Fed. R. Civ. P. 30(b)(6) Deposition [filed September 19, 2008; doc. 59] with counsel for all parties. The court expresses its concerns regarding both the categories in the notices and the objections to the notices.

Counsel state that they would like to have further discussions to allow them to properly narrow and draft the notices.

The court treats the Rule 30(b)(6) deposition notices for September 22 and 23, 2008 as withdrawn.

**ORDERED:** Plaintiff's Motion for Protective Order Re: Mitchell's Fed. R. Civ. P. 30(b)(6) Deposition [filed September 19, 2008; doc. 57] and Plaintiff's Motion for Protective Order Re: Mitchell's Fed. R. Civ. P. 30(b)(6) Deposition [filed September 19, 2008; doc. 59] are denied without prejudice as moot.

Tami Harwood shall appear in Denver, Colorado for a deposition as previously ordered in the August 25, 2008 hearing.

The parties shall work together to draft agreeable Rule 30(b)(6) deposition notices by 4:30 p.m. on September 24, 2008. If the parties cannot reach agreement by that time, the court shall hold a telephonic discovery conference September 24, 2008 at 4:30 p.m. to discuss any remaining disagreements. All depositions shall be scheduled and completed by the September 30, 2008 discovery deadline.

HEARING CONCLUDED.
**Court in recess:** **9:41 a.m.**
Total time in court: 00:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.