# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-00336-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  November 17, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, | Cathleen Hopfe Heintz<br>Kevin E. O'Brien |
| **Plaintiff,** | |
| v. | |
| ERIK A. EVANS, *et al.*, | Stuart D. Morse<br>Daniel G. Kay |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in Session:     1:37 p.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding the motions pending before the court.

**ORDERED:** The Motion to Modify the Scheduling Order *in the Alternative to* Plaintiff's Motion to Bifurcate and Stay Evans' Counterclaims Pending Resolution of Declaratory Judgment Claim [filed September 30, 2008; doc. 75] is denied for the reasons stated on the record.

**Court goes off the record:**     2:11 p.m.
**Court goes back on the record:**     2:13 p.m.

Counsel continue their arguments.

**ORDERED:** The Evans Defendants' Motion for Limited Modification of Current Discovery Completion Deadline [filed September 30, 2008; doc. 76] is granted for the reasons stated on the record.  The deposition of Tami Harwood, the Rule 30(b)(6) deposition of National Fire and the deposition of John M. Grund, Esq. shall go forward in Denver, Colorado within thirty (30) days.

**ORDERED:** Defendant Mitchell's Motion to Compel [filed September 29, 2008; doc. 68] is granted for the reasons stated on the record. Plaintiff shall supplement its answers to interrogatory numbers 3 and 12 and the request for admission within five (5) business days. Mr. Kay may submit a bill of costs for the reasonable fees and costs in filing the motion to compel within eleven (11) days. Plaintiff may file a response to the bill of cost within ten (10) days.

**ORDERED:** Plaintiff's Motion for Protective Order Re: Evans Defendants' Second Set of Written Discovery and Fed. R. Civ. P. 30(b)(6) Deposition Notice to National Fire Insurance Company of Hartford [filed September 29, 2008; doc. 70] is denied for the reasons stated on the record. Plaintiffs shall respond to interrogatory numbers 19 through 24 within fourteen (14) days, and defendants may ask questions consistent with those answers at the Rule 30(b)(6) deposition. Mr. Morse may submit a bill of costs for the reasonable fees and costs in responding to the motion for protective within eleven (11) days. Plaintiff may file a response to the bill of cost within ten (10) days.

HEARING CONCLUDED.

**Court in recess:** 3:43 p.m.
Total time in court: 02:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.