## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 07-cv-00336-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** December 16, 2008 | **Courtroom Deputy:** Nel Steffens |

| | |
|---|---|
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, | Cathleen Heintz |
| **Plaintiff,** | |
| v. | |
| ERIK A. EVANS, CRAIG N. EVANS, and | Stuart Morse |
| DONNA MITCHELL, guardian, | Daniel Kay |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in Session:** 9:01 a.m.
Court calls case. Appearances of counsel.

Discussion regarding motion to compel, #126, as to Interrogatory #3.

Colloquy between court and Ms. Heintz regarding documents referred to in motion to compel.

Discussion regarding discovery and compliance with Federal Rules of Civil Procedures.

**ORDERED: 1.** **By close of business today, Plaintiff shall provide a privilege log prepared as detailed on the record.**

**ORDERED: 2.** **Defendant Mitchell's Amended Motion to Compel Discovery (#126, filed December 10, 2008) is DENIED as moot as to the eleven documents mentioned in the motion.**

**ORDERED: 3.** **The Request for Hearing on Defendant Mitchell's Amended Motion to Compel Discovery (#128, filed December 11, 2008) is GRANTED.**

**ORDERED: 4.** The Plaintiff's Motion for *Ex Parte* Review of Documents (#134, filed December 11, 2008) is DENIED.

**ORDERED: 5.** A two-hour Motions Hearing on documents #108, 110, 113, and 114 is set for January 13, 2009 at 10:00 a.m.

Discussion regarding dates of depositions.

HEARING CONCLUDED.

**Court in recess:** 10:55 a.m.
Total time in court: 01:54

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.