IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| Civil Action: 07-cv-00336-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
|---|---|
| Date: January 13, 2009 | Courtroom Deputy: Nel Steffens |

*Parties:*                                    *Counsel:*

NATIONAL FIRE INSURANCE      Sean Baker, Kevin O'Brien, and Michael
COMPANY                                     O'Donnell
OF HARTFORD,

       Plaintiff,

v.

ERIK A. EVANS,                           Stuart Morse
CRAIG N. EVANS, and
DONNA MITCHELL, guardian,            Daniel Kay

       Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in Session:** 10:00 a.m.
Court calls case. Appearances of counsel.

Discussion regarding agreements reached by parties.

Parties agree that disputes regarding interrogatories 19-24 have been resolved. Plaintiff will forego taking depositions of defense experts.

National Fire Insurance Company orally moves to withdraw documents 113, 114, 115, subject to the court's approval or modification of its prior order directing discovery by December 1, 2008, in light of the parties' resolution.

**ORDERED: 1.**     **The Motion to Stay Pending Resolution of Motion for Reconsideration of Magistrate's Order November 17, 2008 and Fed. R. Civ. P. 72**

**Objections (#113, filed December 1, 2008) is deemed WITHDRAWN.**

**ORDERED: 2.   Plaintiff's Motion for Magistrate Shaffer's Reconsideration of the November 17, 2008 Minute Order (#114, filed December 1, 2008) is deemed WITHDRAWN.**

**ORDERED: 3.   Plaintiff's Objections to Magistrate Shaffer's November 17, 2008 Minute Order Pursuant to Fed R. Civ.P. 72(a) (#115, filed Decmeber 1, 2008) is deemed WITHDRAWN.**

**ORDERED: 4.   The portion of the November 17, 2008 court's order requiring discovery compliance by December 1, 2008, is rescinded.**

**ORDERED: 5.   Defendant Mitchell's Bill of Costs (#108, filed November 24, 2008) is deemed WITHDRAWN.**

**ORDERED: 6.   The Evans Defendants' Bill of Attorney Fees and Costs Related to Plaintiff's Motion for Protective Order Re: Evans Defendants' Second Set of Written Discovery and Fed. R. Civ. P. 30(b)(6) Deposition Notice to National Fire Insurance Company of Hartford (#110, filed November 26, 2008) is deemed WITHDRAWN.**

Hearing concluded.

**Court in recess:**   10:23 a.m.
Total time in court:   00:23

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.