IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 07-cv-00336-MSK-CBS      FTR - Reporter Deck-Courtroom A402
Date: January 22, 2009      Courtroom Deputy: Valeri P. Barnes

| *Parties:* | *Counsel:* |
|---|---|
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, | Sean Baker<br>Kevin O'Brien |
|     Plaintiff, | |
| v. | |
| ERIK A. EVANS,<br>CRAIG N. EVANS, and<br>DONNA MITCHELL, on behalf of Doris Hildreth, | Stuart Morse<br><br>Daniel Kay *(telephonically)* |
|     Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:**   **MOTION HEARING**

**3:59 p.m.**     **Court in session**.

Counsel state that they have reached an agreement as to Evans Defendants' Motion for Sanctions **(150)**.

The agreement between the parties read into the record.

**ORDER:**     Evans Defendants' Motion for Sanctions Re: Fed.R.Civ.P. 30(b)(6) Deposition of National Fire Insurance Company of Hartford **(150)** is **withdrawn**.

Counsel admonished as to their behavior as it relates to discovery issues and warned that further like conduct may be sanctioned.

**4:24 p.m.**     **Off the record discussion**.

**Court in recess/hearing concluded**.

Total in-court time: 00:25

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.