IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: January 23, 2009 |
| Court Reporter: | Paul Zuckerman | |

Civil Action No.   07-cv-00336-MSK-CBS

*Parties*:                                                            *Counsel Appearing*:

NATIONAL FIRE INSURANCE                          Kevin O'Brien
COMPANY OF HARTFORD,,                            David Anderson - by telephone
                                                 Sean Baker

    Plaintiff,

v.

ERIK A. EVANS,                                   Stuart Morse - by telephone
CRAIG N. EVANS and                               Jesse Brant
DONNA MITCHELL, guardian,                        Marc Levy
                                                 Mark Williams
                                                 Dan Kay


    Defendants

## MINUTES OF RULE 16 CONFERENCE

**4:03 p.m.     Court in session.**

Purpose of hearing: This hearing is converted from a Final Pretrial Conference to a Rule 16/In Court Hearing to assess status of the case.

Counsel appearing by telephone are as listed above with the Court's permission. Chip Larkin, a representative of CNA is present for plaintiff.

Statement from Sean Baker and Marc Levy regarding status of the case, including that mediation is set for March 5, 2009 and remaining discovery, if any, should be completed within 30 days from that date.

The Court addresses scheduling the final pretrial conference.

**ORDER**: Final pretrial conference is set for **May 27, 2009 at 4:00 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO. The Final Pretrial order will be file by **May 1, 2009** in conformity with the format previously specified.

**ORDER:** Rule 702 Motions will be filed by **March 15, 2009.**

**ORDER:** Plaintiff's Motion to Bifurcate (**Doc. #58**) **is WITHDRAWN.**

**4:26 p.m.** **Court in recess.**
**Total Time: 23 minutes.**
**Hearing concluded.**